**Order entered June 29, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00123-CV

### SAMUELS AND SONS, LLC, Appellant

### V.

### CAROLINE WILLIAMSON, MARY TUCKER, AND JACOB SHAPE,
**Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00796-D**

### ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it or made arrangements to pay for it. Accordingly, we **ORDER** appellant to file, no later than July 9, 2021, written verification that the record has been requested and payment arrangements have been made. *We caution appellant that failure to comply may result in the appeal being submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE